UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**GANNETT MHC MEDIA, INC.,**

    Plaintiff,

v.                                                    Case No. 3:15-cv-424/MCR/CJK

**CAPITAL MOTOR LINES** AND
**COLONIAL TRAILWAYS,**

    Defendants.

_____/

## ORDER

This is a cost recovery action involving the cleanup of Defendants' alleged environmental pollution of approximately one-quarter of an acre of real property located at 111 East Romana Street, Pensacola, Florida. Defendant has moved to dismiss the Complaint on statute of limitations grounds. To survive a Motion to Dismiss, the Complaint must contain "sufficient factual matter, accepted as true, to 'state a claim of relief that is plausible on its face.'" *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (quoting *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 547 (2007)). Dismissal based on a statute of limitations defense, however, is appropriate only if it is "apparent from the face of the complaint that the claim is time-barred." *La Grasta v. First Union Sec., Inc.*, 358 F.3d 840, 845 (11th Cir. 2004).

On review of the Complaint in this case, the court cannot say that Plaintiff's claims are time-barred by the statute of limitations. More facts are needed to decide the issue, and thus the matter will be decided by the court on a more fully developed factual record in connection with the pending Motion for Summary Judgment.

Accordingly, the Motion to Dismiss is **DENIED**.

**DONE AND ORDERED on this 6th day of September, 2016.**

*M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**